IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK SHIELDS, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN MERCHANDISING SPECIALISTS, INC., <br><br> Defendant. | Civil Action No. 2:09-cv-00891 <br><br> Judge Lancaster |

## ORDER APPROVING AGREEMENT AND GENERAL RELEASE AND DISMISSING ACTION WITH PREJUDICE

Plaintiff has determined not to pursue claims under the Federal Fair Labor Standards Act, 29 U.S.C. § 201 et seq. on behalf of purportedly similarly situated employees. The Parties have agreed to compromise and settle the disputed claims of Plaintiff and have agreed to the terms of an Agreement and General Release pursuant to which Defendant shall pay to Plaintiff a stipulated amount for allegedly unpaid overtime wages and liquidated damages. I have reviewed the proposed Agreement and General Release between the Parties, and considered the fairness of the settlement of the parties, the disputed nature of the claims, and the cost and expense to both Parties of pursuing such claims, and I have determined in light of the foregoing, that the settlement is a fair and reasonable resolution of a bona fide dispute over the provisions and application of the Federal Fair Labor Standards Act, 29 U.S.C. § 201 et seq. It is, therefore, hereby ORDERED that the Agreement and General Release between the Parties is approved and

the instant action is dismissed with prejudice.

BY THE COURT,

_____ J.

1/4/10